Lillie Hubbard, Plaintiff-Appellee, v. Checker Taxi Company, a Corporation, Nolan Allen and Robert Malone, Defendants.
Checker Taxi Company, a Corporation, and Nolan Allen, Defendants-Appellants.

Gen. No. 49,436.

First District, Third Division.
December 31, 1964.

Jesmer & Harris and Michael A. Gerrard, of Chicago (Michael A. Gerrard and Allen S. Gerrard, of counsel), for appellants; Warren J. Hickey, of Chicago (William J. Harte, of counsel), for appellee. Opinion by JUSTICE SULLIVAN. Not to be published in full.